**Order entered December 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01175-CV

**THE GOLD FEATHER, INC., Appellant**

**V.**

**CITY OF FARMERS BRANCH, TEXAS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14630-M**

## ORDER

We **GRANT** appellant's November 27, 2013 second motion to extend time to file appellant's brief and **ORDER** appellant to file its brief no later than January 9, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE